IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BRETT A. CARGILE | § | |
| v. | § | CIVIL ACTION NO. 6:13CV487 |
| BANK OF AMERICA, *et al.* | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

      The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this matter has been presented for consideration. The Report and Recommendation recommends that the complaint be dismissed with prejudice for lack of subject matter jurisdiction pursuant to Fed.R.Civ.P. 12(b)(1) and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A. Plaintiff, proceeding *pro se*, submitted a letter on July 22, 2013. Construing the pleading liberally, it is reviewed as written objections to the Report and Recommendation.

      Having made a *de novo* review of the written objections filed by Plaintiff, the Court finds that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. The Court, therefore, adopts the findings and conclusions of the Magistrate Judge as those of the Court.

      In light of the foregoing, it is

**ORDERED** that the complaint is **DISMISSED** with prejudice for lack of subject matter jurisdiction pursuant to Fed.R.Civ.P. 12(b)(1) and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A. Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 29th day of July, 2013.**

                LEONARD DAVIS
                UNITED STATES DISTRICT JUDGE